IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN AUBREY BURNETTE,

    Petitioner,                 2:08-cv-2178-GEB-DAD-P

    vs.

DENNIS SMITH,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 13, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed March 13, 2009, are adopted in full; and

2. Petitioner's application for writ of habeas corpus is dismissed without prejudice to filing a <u>Bivens</u> civil rights action.

Dated: April 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge